

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:17CR18LG-JCG

DESTANEE MORGAN and　　　　　　　　18 U.S.C. § 371
ERIC SPIKES　　　　　　　　　　　　　　18 U.S.C. § 1029(a)(1)
　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 1029(a)(3)
　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 1028(a)(7)

**The Grand Jury charges:**

COUNT 1

1. On or about November 6, 2016, and continuing until the date of this indictment, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **DESTANEE MORGAN** and **ERIC SPIKES**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and willfully conspire with each other and with others known and unknown to the Grand Jury to commit offenses against the United States, as follows:

　　　a.　　to knowingly and with intent to defraud produce, use, or traffic in one more counterfeit access devices, as prohibited by Section 1029(a)(1), Title 18, United States Code;

　　　b.　　to knowingly and with intent to defraud possess 15 or more counterfeit or unauthorized access devices, as prohibited by Section 1029(a)(3), Title 18, United States Code.

　　　c.　　to knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet an unlawful activity that constitutes a violation of federal law, in violation of Section 1028(a)(7), Title 18, United States Code.

## The Purpose of the Conspiracy

2. The purpose of the conspiracy was to unjustly enrich the defendants by fraudulently using false identification documents in conjunction with unauthorized access devices to obtain cash and other items of monetary value.

3. It was further a part of the conspiracy that the conspirators would conceal, misrepresent and hide the existence, purpose and acts done in furtherance of the conspiracy.

## Manner and Means

4. To accomplish this objective, the defendants and others known and unknown to the Grand Jury, employed the following manner and means, among others:

   a. The defendants obtained credit and debit card account numbers via the Internet and otherwise from persons known and unknown to the Grand Jury.

   b. The defendants, without the true account holder's knowledge or consent, downloaded the cardholders' track data—the information found on the magnetic stripes of credit and debit cards that is read by ATMs and credit card readers—including credit and debit card account numbers; and

   c. The defendants, using access device making equipment, re-encoded and caused to be re-encoded the fraudulently obtained card holders' track data onto the tracks of the magnetic stripes credit, debit and gift cards, thereby creating counterfeit credit, debit and gift cards.

   d. The defendants used the counterfeit credit, debit and gift cards to purchase consumer items and money orders.

Overt Acts

5.      In furtherance of this conspiracy and to effect its objects, the defendants and others, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, committed, among others, the following overt acts:

   a.   On or about November 6, 2016, defendant **DESTANEE MORGAN** used identification belonging to E.E. to rent a car.

   b.   On or about November 8, 2016, defendant **DESTANEE MORGAN** presented a credit/debit card ending in 1881 to make a purchase.

   c.   On or about November 8, 2016, defendant **DESTANEE MORGAN** presented a credit/debit card ending in 9175 to make a purchase.

   d.   On or about November 11, 2016, defendant **DESTANEE MORGAN** attempted to use a credit/debit card ending in 3784 to make a purchase, but the transaction was denied.

   e.   On or about November 14, 2016, defendant **ERIC SPIKES** used credit/debit cards to send money to Africa.

   f.   On or about November 14, 2016, defendant **ERIC SPIKES** drove a rental car containing access devices.

   g.   On or about November 14, 2016, defendant **ERIC SPIKES** carried more than one false access device in his wallet.

All in violation of Section 371, Title 18, United States Code.

COUNT 2

On or about November 14, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **DESTANEE MORGAN** and

3

**ERIC SPIKES**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and with intent to defraud, possess, in and affecting interstate and foreign commerce, fifteen or more access devices, which were either counterfeit or unauthorized access devices which are more fully set out as follows:

| # | Company | Last 4 Digits of Account |
|---|---|---|
| 1 | Keesler Federal Credit Union | 6760 |
| 2 | Bancorp South | 5950 |
| 3 | Bancorp South | 4947 |
| 4 | Bancorp South | 1973 |
| 5 | Bancorp South | 1035 |
| 6 | Bancorp South | 4565 |
| 7 | Bancorp South | 3865 |
| 8 | Bancorp South | 3784 |
| 9 | Bancorp South | 8617 |
| 10 | Bancorp South | 6394 |
| 11 | Bancorp South | 7184 |
| 12 | Bancorp South | 6898 |
| 13 | Bancorp South | 7431 |
| 14 | Money Access | 4068 |
| 15 | US Bank (Fifth Third Bank) | 1966 |
| 16 | US Bank (Fifth Third Bank) | 5485 |
| 17 | US Bank (Fifth Third Bank) | 4337 |
| 18 | US Bank (Fifth Third Bank) | 7776 |
| 19 | US Bank (Fifth Third Bank) | 8848 |
| 20 | US Bank (Fifth Third Bank) | 8480 |
| 21 | US Bank (Fifth Third Bank) | 0920 |

| | | |
|---|---|---|
| 22 | US Bank (Fifth Third Bank) | 8447 |
| 23 | US Bank (Fifth Third Bank) | 4216 |
| 24 | US Bank (Fifth Third Bank) | 3301 |
| 25 | US Bank (Fifth Third Bank) | 4142 |
| 26 | US Bank (Fifth Third Bank) | 6999 |
| 27 | US Bank (Fifth Third Bank) | 0386 |
| 28 | Fifth Third Bank | 4244 |
| 29 | First Southern Bank (US Bank) | 0495 |
| 30 | JP Morgan Chase | 5280 |
| 31 | JP Morgan Chase | 4638 |
| 32 | Meta Bank | 1942 |
| 33 | Camp Shelby Credit | 9186 |
| 34 | Bank of Boston | 4153 |
| 35 | Magnolia Bank | 9900 |
| 36 | USAA Bank | 2123 |
| 37 | Wells Fargo | 7766 |
| 38 | Citizens Bank | 3656 |
| 39 | Regions Bank | 3294 |
| 40 | Regions Bank | 6152 |
| 41 | Citi Bank | 6118 |
| 42 | Woodforest National Bank | 2801 |
| 43 | Woodforest National Bank | 9820 |
| 44 | Bank of America | 3005 |
| 45 | Bank of America | 3331 |
| 46 | Bank of America | 4282 |
| 47 | Trustmark Bank | 1881 |
| 48 | Trustmark Bank | 2364 |
| 49 | Capital One | 2777 |
| 50 | Capital One | 6795 |
| 51 | Capital One | 8921 |
| 52 | Comerica Bank | 7668 |
| 53 | Comerica Bank | 2973 |
| 54 | Comerica Bank | 2915 |
| 55 | Comerica Bank | 7846 |

| 56 | Comerica Bank | 1533 |
| 57 | Comerica Bank | 6938 |
| 58 | Comerica Bank | 6762 |

All in violation of Sections 1029(a)(3), 1029(c)(1)(A)(i) and 2, Title 18, United States Code.

## COUNT 3

On or about November 6, 2016, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendants, **DESTANEE MORGAN** and **ERIC SPIKES**, aided and abetted by one another, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet an unlawful activity that constitutes a violation of federal law.

All in violation of Sections 1028(a)(7) and 2, Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **DESTANEE MORGAN** and **ERIC SPIKES**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: a) cannot be located upon exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which

cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 982(a)(2)(B), 1028(b), and 1029(c)(1)(C), Title 18, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
s/Signature Redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 7th day of March, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE